**E-FILED on 9/20/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. RODRIGUEZ,** | Case No. C 11-00179 JF (PR) |
| Petitioner, | **[ ORDER** |
| v. | |
| **F. X. CHAVEZ, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed April 29, 2011, and provide the state court record, will be extended to October 28, 2011. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: 9/20/11

The Honorable Jeremy Fogel

1

[] Order (C 11-00179 JF (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RODRIGUEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>F.X. CHAVEZ et al,<br><br>           Defendant. | Case Number: CV11-00179 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard A. Rodriguez G-16766
Sierra Conservation Center
5150 O'Burnes Ferry Road
Jamestown, CA 95327

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk